IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KANISHA SANDERS,<br><br>       PLAINTIFF,<br><br>vs.<br><br>METROPOLITAN HEALTH,<br>CORPORATION dba METRO HEALTH<br><br>       DEFENDANT. | CIVIL ACTION NO. 23-cv-01334<br><br>HON. JANE M. BECKERING |

## MOTION FOR DEFAULT JUDGMENT

NOW COMES the Plaintiff, Kanisha Sanders, by and through her attorneys, CARLA D. AIKENS, P.L.C., and move(s) this Court for entry of a default judgment against the Defendant, Metropolitan Health Corporation, states as follows:

1. Plaintiff filed this Complaint to redress discrimination, retaliation, and a hostile work environment on the basis of race and retaliation, continually depriving Plaintiff of her rights, as he she was constantly treated differently from other employees.

2. Defendant was then served with the Complaint and Summons at, Metropolitan Health Corporation dba Metro Health located at 300 N. Ingalls St, Ann Arbor, MI 48109 on January 24, 2024.

3. Plaintiff filed the certificate of service on February 2, 2024. [ECF No. 6]

4. Per the Summons, Defendant had to file an answer by February 20, 2024. [*Id.*].

5. No extension was sought by Defendant, nor has it otherwise responded to this lawsuit.

6. Defendant has failed to file a responsive pleading to the Complaint.

7. On February 28, 2024, the Clerk entered default against Defendant. [ECF No. 9].

1

Wherefore, Plaintiff seeks a default judgment against Defendant in the amount of $70,000, as indicated in Plaintiff's declaration. **Exhibit A.**

Dated:  April 22, 2024                              Respectfully Submitted,

/s/ Carla D. Aikens
Carla D. Aikens (P69530)
CARLA D. AIKENS, P.L.C.
*Attorneys for Plaintiff*
615 Griswold Ste. 709
Detroit, MI 48226
carla@aikenslawfirm.com

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on April 22, 2024, by:

/s/ Carla D. Aikens
Carla D. Aikens, P.L.C.

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

KANISHA SANDERS,                )
                                )
        PLAINTIFF,               )   CIVIL ACTION NO. 23-cv-01334
                                )
    vs.                          )
                                )   HON. JANE M. BECKERING
METROPOLITAN HEALTH,             )
CORPORATION dba METRO HEALTH    )
                                )
        DEFENDANT.               )
_____)

**<u>BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT METROPOLITAN HEALTH CORPORATION</u>**

**<u>INDEX OF CONTROLLING OR MOST APPROPRIATE AUTHORITY</u>**

**Rules**

Fed. R. Civ. P. 55(b)                                                                                                        5

## **STATEMENT OF QUESTIONS PRESENTED**

1. Is Plaintiff entitled to default judgment, after Defendant has failed to reply to the Complaint?

    Plaintiff says:                                               Yes.
    Plaintiff Believes Defendant Would Say:      No.

## ARGUMENT

Fed. R. Civ. P. 55(b) states, in full:

(b) Entering a Default Judgment

(1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

(2) By the Court. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

(A) conduct an accounting;
(B) determine the amount of damages;
(C) establish the truth of any allegation by evidence; or
(D) investigate any other matter.

The clerk in this Court has already entered default. Defendant has not entered an appearance nor answered the claim. Here, Plaintiff asking for $70,000 in damages and attorneys fees, as indicated in **Exhibit A**, where Defendant continually discriminated against her, created a hostile work environment, and ignored her concerns of racial discrimination, on the basis of her race, and in retaliation for speaking up about the discrimination she was experiencing.

Accordingly, pursuant to Fed. R. Civ. P. 55, default judgment should be entered.

## RELIEF REQUESTED

WHEREFORE, and pursuant to Fed. R. Civ. P. 55 (b) Plaintiff, Kanisha Sanders, humbly

requests that this Honorable Court submit entry of judgment by default against Defendant Metropolitan Health Corporation in the amount of $70,000 and grant Plaintiff any other relief that this Honorable Court deems equitable and just.

Dated:  April 22, 2024

                                              Respectfully submitted by:

                                              /s/ Carla D. Aikens

                                              CARLA D. AIKENS, P.L.C.
                                              Carla D. Aikens (P69530)
                                              Attorneys for Plaintiff
                                              615 Griswold Street, Suite 709
                                              Detroit, MI 48226
                                              (844) 835-2993

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as directed on the pleadings on April 22, 2024 by:

                                              /s/ Carla D. Aikens