UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KANISHA SANDERS,

    Plaintiff,

v.

METROPOLITAN HEALTH,
CORPORATION d/b/a Metro Health,

    Defendant.
_____/

Case No. 1:23-cv-1334

HON. JANE M. BECKERING

# **ORDER**

On December 20, 2023, Plaintiff initiated this action against Defendant Metropolitan Health, Corporation d/b/a/ Metro Health (*see* ECF No. 1). Nearly two months later, an Entry of Default as to Defendant Metropolitan Health, Corporation (ECF No. 9) was filed. In April 2024, Plaintiff moved for default judgment against Defendant Metropolitan Health, Corporation (ECF No. 11). The matter was referred to Magistrate Judge Sally J. Berens, who issued a Report and Recommendation (ECF No. 12) on May 3, 2024, recommending that this Court deny the motion for default judgment, set aside the previously-entered default, and dismiss the action. Later that same day, Plaintiff filed a First Amended Complaint (ECF No. 13), naming UM Health, formerly known as Metropolitan Health, Corporation d/b/a/ Metro Health, as Defendant in this matter. Plaintiff later filed an Objection to the Report and Recommendation (ECF No. 18). On May 28, 2024, Defendant UM Health, f/k/a Metropolitan Health, Corporation d/b/a Metro Health, moved to dismiss the amended complaint or to alternatively quash service (ECF No. 19).

Now before the Court are a Stipulation for Metropolitan Hospital, d/b/a University of Michigan Health-West, to extend time for its responsive pleading to the amended complaint (ECF

No. 20, corrected by ECF No. 23) and a Stipulation to add Metropolitan Hospital, d/b/a University of Michigan Health-West, as a party defendant and to dismiss UM Health, f/k/a as Metropolitan Health, Corporation d/b/a/ Metro Health (ECF No. 21, corrected by ECF No. 22).  The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Stipulation to add Metropolitan Hospital, d/b/a University of Michigan Health-West, as a party defendant and to dismiss UM Health, f/k/a as Metropolitan Health, Corporation d/b/a/ Metro Health (ECF No. 21, corrected by ECF No. 22) is GRANTED to the extent that Metropolitan Hospital, d/b/a University of Michigan Health-West, is substituted in place UM Health, f/k/a as Metropolitan Health, Corporation d/b/a/ Metro Health as Defendant in this matter.  The case caption is amended accordingly.  With those modifications, the First Amended Complaint (ECF No. 13) becomes the operative complaint in this case.

**IT IS FURTHER ORDERED** that the Stipulation for Metropolitan Hospital, d/b/a University of Michigan Health-West, to extend time for its responsive pleading to the amended complaint (ECF No. 20, corrected by ECF No. 23) is GRANTED.  Defendant Metropolitan Hospital, d/b/a University of Michigan Health-West, shall, not later than June 19, 2024, file an answer or other responsive pleading to the First Amended Complaint.

**IT IS FURTHER ORDERED** that the Entry of Default as to Defendant Metropolitan Health, Corporation (ECF No. 9) is SET ASIDE.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment (ECF No. 11), Report and Recommendation (ECF No. 12), Objection to the Report and Recommendation (ECF No. 18), and Motion to dismiss the amended complaint or to alternatively quash service (ECF No. 19) are DISMISSED as moot.

Dated: June 3, 2024                                    /s/ Jane M. Beckering
                                                       JANE M. BECKERING
                                                       United States District Judge