UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KANISHA SANDERS,

    Plaintiff,

v.

    Case No. 1:23-cv-1334

    HON. JANE M. BECKERING

METROPOLITAN HOSPITAL
d/b/a University of Michigan Health–West,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Plaintiff's federal claims in Counts I and III are DISMISSED WITH PREJUDICE and Plaintiff's state-law claims in Counts II, IV, and V are DISMISSED WITHOUT PREJUDICE.

Dated: November 20, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge